SCHEDULE "A"

| Reappraisement No. | Item | Cost of production (Canadian dollars) |
|---|---|---|
| 243034-A/485 | 199B–101 Blank Extrusions | $6.50 per 100 net packed |
| 243265-A/491 | 199B–101 Funnel Extrusion Body | " |
| 243475-A/508 | 253–139 Filler Plug & Gauge | $65.00 per 100 net packed |
| 243477-A/510 | "    "    "    " | " |
| 243476-A/509 | 250–313 Eccentric Wheels | $4.00 per 100 net packed |
| 244208-A/546 | "    "    " | " |
| 243481-A/514 | 604A–918 Gasoline measuring cans | $6.00 per 100 net packed |
| 244209-A/547 | 240A–510 Check Rubbers | $0.90 per 100 net packed |

**REHEARING MOTION GRANTED**

AUGUST 30, 1955

**Reap. Dec. 8482.—**▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*B. Dorman & Sons, Inc.* v. *United States.* ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮ Motion by plaintiff.

(Reap. Dec. 8483)

NELSON BEAD CO., INC., ET AL. *v.* UNITED STATES

Entry No. 744409, etc.

(Decided September 23, 1955)

*Siegel, Mandell & Davidson* for the plaintiffs.

*Geo. Stephen Leonard*, Acting Assistant Attorney General, for the defendant.

WILSON, Judge: The appeals for reappraisement listed in schedule "A," hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

IT IS STIPULATED AND AGREED by and between the parties hereto subject to the approval of the Court, that the merchandise and the issues in the Appeals to Reappraisement listed in the Schedule attached hereto and made a part hereof are the same in all material respects as the merchandise and the issues decided in the case of *United States* v. *Nelson Bead Co.*, C. A. D. 590, and that the record in said case be incorporated and made a part of the record herein

IT IS FURTHER STIPULATED AND AGREED that the appraised values of the merchandise covered by the Appeals to Reappraisements enumerated herein,